IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00848-MSK

DAVID LAURENCE,

    Plaintiff,

v.

R.A. MITCHELL, Agent,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Order to Show Cause issued March 9, 2010 **(#3)**, wherein the Plaintiff was ordered to show cause why his claims should not be dismissed for failure to timely effect service. Having reviewed the filings in this matter, the Court

**FINDS** that the Plaintiff has failed to show service of process on the Defendant in accordance with FED.R.CIV.P. 4. Accordingly,

**IT IS ORDERED** that this action is hereby **DISMISSED** without prejudice. The Clerk is hereby directed to close this case.

DATED this 5th day of May, 2010.

                                **BY THE COURT:**

                                Marcia S. Krieger
                                United States District Judge